IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAN LIPHAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-291-MEF |
| ) | |
| PRUDENTIAL INSURANCE COMPANY ) | (WO) |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

# FINAL  JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #13) filed by the parties on May 4, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of May, 2006.

                                                         /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE